# Court of Appeals
# of the State of Georgia

ATLANTA, February 21, 2023

*The Court of Appeals hereby passes the following order:*

**A22A1391. CUMMINGS CONTRACT DELIVERY SERVICES CORP. et al. v. HEYWARD.**

On March 22, 2022, we granted Appellants' application for discretionary appeal to consider whether the superior court erred in reversing the decision of the Appellate Division of the State Board of Workers' Compensation on the issue of attorney fees and litigation expenses. Upon review of the entire record and the applicable law, we conclude that the application was improvidently granted. The appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 02/21/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*